Jason R. Searcy
SBN 17953500
Joshua P. Searcy
SBN 24053468
Callan C. Searcy
SBN 24075523
SEARCY & SEARCY, P.C.
P. O. Box 3929
Longview, Texas 75606
Tel. 903/757-3399
Fax. 903/757-9559

Counsel for Debtors

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-20099 |
| SANDIA DRILLING CO., LTD, LLP | § | |
| | § | |
| and | § | |
| | § | |
| IN RE: | § | |
| | § | CASE NO. 13-20100 |
| SANDIA DRILLING OF TEXAS, LLC | § | |
| | § | |
| DEBTORS | § | JOINTLY ADMINISTERED |
| | § | UNDER 13-20099 |
| | § | |
| | § | CHAPTER 11 |

## ORDER SETTING POSSIBLE
## HEARING DATE ON DEBTORS' FINANCE MOTION

ON THIS DATE the Court considered the request for expedited hearing filed by Sandia Drilling Co., Ltd., LLP ("Sandia") and Sandia Drilling of Texas, LLC ("Sandia Texas") seeking a possible expedited hearing on their Motion for Authority to Obtain Post-Petition Financing Under

11 U.S.C. § 364 (the "Finance Motion").  The Court finds that the request complies with LBR 9007(c) and demonstrates that sufficient cause exists for shortening the normal response time and scheduling an expedited hearing on the Finance Motion.  Accordingly,

**IT IS THEREFORE ORDERED THAT** the Finance Motion filed by Sandia and Sandia Texas shall remain in suspense for its normal 14-day negative notice period as set forth in LBR 4001.  It is further

**ORDERED** that, if no objection is timely filed to the Finance Motion, then the Court shall deem the Finance Motion to be unopposed and shall grant the relief requested therein pursuant to normal procedures.  It is further

**ORDERED** that, if a timely objection is filed to the Finance Motion, then the Court shall conduct a final hearing on the Finance Motion on **Monday, August 5, 2013 at 1:30 p.m.** in the Courtroom of the United States Bankruptcy Court, Plaza Tower, 110 North College Avenue, Ninth Floor, in Tyler, Texas.

**THIS IS THE ONLY NOTICE WHICH WILL BE GIVEN REGARDING THIS POTENTIAL HEARING DATE**.

**IT IS FURTHER ORDERED** that the Clerk shall give notice of this Order to all parties on the mailing matrix through the Bankruptcy Noticing Center.

Signed on 07/18/2013

_____
THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE