**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | **CASE NO. 13-20099** |
| SANDIA DRILLING CO., LTD, LLP | § | |
| | § | |
| and | § | |
| | § | |
| IN RE: | § | |
| | § | **CASE NO. 13-20100** |
| SANDIA DRILLING OF TEXAS, LLC | § | |
| | § | |
| DEBTORS | § | **JOINTLY ADMINISTERED** |
| | § | **UNDER 13-20099** |
| | § | |
| | § | **CHAPTER 11** |

**NOTICE OF EFFECTIVE DATE**

**TO ALL PARTIES IN INTEREST:**

**PLEASE BE ADVISED** that the EFFECTIVE DATE of the *Joint Plan of Liquidation of Sandia Drilling Co., Ltd., LLP, and Sandia Drilling of Texas, LLC* is **June 7, 2014**.

DATED: June 12, 2014.

Respectfully Submitted,
**SEARCY & SEARCY, P.C.**

/s/ Joshua P. Searcy
Jason R. Searcy, State Bar #17953500
jsearcy@jrsearcylaw.com
Joshua P. Searcy, State Bar #24053468
joshsearcy@jrsearcylaw.com
Callan C. Searcy, State Bar #24075523
ccsearcy@jrsearcylaw.com
P.O. Box 3929
Longview, Texas 75606
Tel. 903 757 3399
Fax. 903 757 9559
**ATTORNEYS FOR DEBTORS**

## **CERTIFICATE OF SERVICE**

      I, the undersigned, certify that a true and correct copy of the above and foregoing was served via electronic means, if available; otherwise, served via regular first class mail to each interested party on the attached service list, on or before June 12, 2014.

                                         /s/ Joshua P. Searcy
                                         Joshua P. Searcy